# United States Court of Appeals
# for the Federal Circuit

---

**KATHLYN M. STEIN,**

*Plaintiff-Appellant*

v.

**DUANE B. GILL, DIRECTOR, VA CENTRAL WESTERN MA HEALTH CARE SYSTEM, IN HIS OFFICIAL CAPACITY,**

*Defendant-Appellee*

---

2023-1265

---

Appeal from the United States District Court for the District of Massachusetts in No. 3:18-cv-30201-MGM, Judge Mark G. Mastroianni.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

June 9, 2023          /s/ Jarrett B. Perlow
   Date                 Jarrett B. Perlow
                        Acting Clerk of Court